UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD R. THOMAS, | 1:17-cv-01592-AWI-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR STAY (ECF No. 13.) |
| v. | |
| MATEVOUSIAN, et al., | |
| Defendants. | |

Reginald R. Thomas ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2018, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunction be denied. (ECF No. 9.) On May 4, 2018, Plaintiff filed a motion for a stay of the final ruling on Plaintiff's motion for preliminary injunction, until after Plaintiff's First Amended Complaint has been screened.

This court does not lightly stay litigation, and in this case it would be futile to stay the court's ruling on the motion for preliminary injunction. Screening of the First Amended Complaint will not affect the court's jurisdiction to grant the injunctive relief requested by

Plaintiff, which is to require prison officials to provide him with paper, postage, and copies to prosecute this case. Therefore, Plaintiff's motion for stay shall be denied.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for stay, filed on May 4, 2018, is DENIED.

IT IS SO ORDERED.

Dated: **May 7, 2018**             **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE