UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD R. THOMAS, | 1:17-cv-1592-AWI-GSA (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No. 9.) |
| MATEVOUSIAN, et al., | ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| Defendants. | (ECF No. 7.) |

Reginald R. Thomas ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 19, 2018, findings and recommendations were entered, recommending that Plaintiff's motion for preliminary injunctive relief be denied. (ECF No. 9.) On May 4, 2018, Plaintiff filed objections to the findings and recommendations. (ECF No. 13.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has reviewed this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued by the Magistrate Judge on March 19, 2018, are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunctive relief, filed on March 8, 2018, is DENIED.

IT IS SO ORDERED.

Dated: May 9, 2018

_____
SENIOR DISTRICT JUDGE